In the Matter of the Application of ANNA G. PODELL, Petitioner, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM HODSON, as Commissioner of the Department of Welfare of the City of New York, and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

ELIZABETH RANDOLPH SWEINHART, Respondent, v. LOUIS BAMBERGER, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

BENJAMIN GOLDBERG, Respondent, v. L. M. BERKELEY, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JOHN H. AWTRY, Appellant, v. TEMPLE H. MORROW and Another, etc., Defendants, Impleaded with TRADERS & GENERAL INSURANCE COMPANY (a Foreign Corporation), Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

FRANCES R. WIMPFHEIMER, Appellant, v. HOME LIFE INSURANCE COMPANY, Respondent.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Arbitration between MIDTOWN REALTY OWNERS' ASSOCIATION, INC., and Another, Appellants, and LOCAL 164, BUILDING SERVICE EMPLOYEES INTERNATIONAL UNION, A. F. of L., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.